PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Jones Jr.                                   Cr.: 94-7070M-001

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 11/30/04

Original Offense: Obstruction of Mail

Original Sentence: 2 years probation

Type of Supervision: Probation                    Date Supervision Commenced: 11/30/04

## PETITIONING THE COURT

[ ]    To extend the term of supervision for          Years, for a total term of          Years.
[X]    To modify the conditions of supervision as follows.  The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 30 days commencing at the direction of the U.S. Probation Office.  The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office.  The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures.  The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment.  The defendant shall comply with any other specific conditions of home confinement as the probation officer requires.  The cost of electronic monitoring shall be waived.

We ask that the term of supervised release be allowed to close as scheduled on November 29, 2006, barring no additional acts of non-compliance.

## CAUSE

The offender was arrested by the Ocean County Sheriff's Office on August 10, 2006, and charged with Theft. The indictment states that between December 15, 2005, and February 7, 2006, in Dover Township, the offender unlawfully removed from Target, clothing, CD's, DVD's, phone cards and other assorted items in excess of $500.00 while an employee.

Respectfully submitted,

By: Monica G. Martin
U.S. Probation Officer
Date: 10-16-06

PROB 12B - Page 2
Robert Jones Jr.

## THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant is to be confined to his residence for a period of 1 month commencing at the direction of the U.S. Probation Office.  The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office.  The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures.  The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment.  The defendant shall comply with any other specific conditions of home confinement as the probation officer requires.  The costs of electronic monitoring, specifically $3.26 per day, shall be waived.

Witness: _____
United States Probation Officer
Monica G. Martin

Signed: _____
Probationer or Supervised Releasee
Robert Jones Jr.

_____
10/13/06
DATE